No. 1381. People, Appellant, *v.* López, Appellee.—Libel. San Juan, Section 2. July 10, 1919. *Affirmed.*

No. ——. Marrero, Appellee, *v.* Carrero, Appellant.— Filiation. San Juan, Section 1. July 11, 1919. *Dismissed.*

No. 2018. Coan, Appellee, *v.* Moral & Co., Ltd., Appellant.—Debt. Mayagüez. July 14, 1919. *Affirmed.*

No. 1398. People, Appellee, *v.* Canisal, Appellant.—Violation of section 329 of the Penal Code. Mayagüez. July 14, 1919. *Affirmed.*

No. 455. Martínez, Petitioner, *v.* Crosas, District Judge, Respondent.—Certiorari. July 14, 1919. *Petition denied.*

No. 1969. Mundo, Appellee, *v.* Franco, Appellant.—Injunction. San Juan, Section 2. July 14, 1919. *Reconsideration denied.*

No. 1832. Díaz Molinaris et al., Petitioners, *v.* Cividanes, Contestant (Palés, Appellant).—Administration. Guayama. July 22, 1919. *Dismissed.*

No. 257. López, Petitioner, *v.* Foote, District Judge, Respondent.—Certiorari. July 22, 1919. *Petition denied.*

No. 256. Cividanes, Petitioner, *v.* López Acosta, District Judge, Respondent.—Certiorari. July 22, 1919. *Petition denied.*

No. 1949. Rosario, Appellee, *v.* Porto Rico Railway, Light & Power Co., Appellant.—Damages. San Juan, Section 1. July 28, 1919. *Reversed.*